UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA.

V. C.A. No. 04-358 ML

ASHBEL T. WALL, ET. AL.

MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Now Comes the above named Plaintiff, Bernardo Figueroa, in Pro-se, and Pursuant to Rule 15 (d) Fed. R. Civ. P. Respectfully moves this Honorable court for leave to file supplemental complaint.

In support the Plaintiff submit that other serious events have occurred after he filed his original complaint which are similar in nature to the alleged Constitutional Violations.

Wherefore, Plaintiff Respectfully Prays that this Honorable court grant him motion for leave to file supplemental complaint so that he may no has to file a new complaint

DATED: July 6, 2006

Respectfully submitted,

[signature]

BERNARDO FIGUEROA, #272332
Red Onion State Prison
P.O. BOX 1900
Pound, Virginia 24279

## CERTIFICATE OF SERVICE

I hereby certifies that on this 6th day of July 2005, a true copy of the within motion for leave to file supplemental complaint to the defendants and their attorney Michael B. Grant, Deputy Chief Legal Counsel, RIDOC at 40 Howard Avenue Cranston, RI. 02920

[signature]

2005 JUL 11 P 12: 2P
FILED