**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BERNARDO FIGUEROA**

**v.** **C.A. No. 04-358 ML**

**ASHBEL T. WALL, et al.**

# **ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff for leave to file a supplemental complaint pursuant to Fed.R.Civ.P. 15(d). After consideration of the motion, and of Fed.R.Civ.P. 15(d), plaintiff's motion is **DENIED**. I have issued a Report and Recommendation in this case, recommending the summary judgment be granted in the defendants' favor on all of plaintiff's claims. To permit a supplemental pleading at this stage would unnecessarily prolong this case.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
September 6 , 2005