UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

v C.A. No. 04-358 ML

ASHBEL T. WALL, ET AL.

MOTION TO HAVE A U.S. MAGISTRATE JUDGE FROM CIVIL ACTIONS

Now Comes the Named Plaintiff, Bernardo Figuerda, in Pro-Se, And Pursuant to 28 U.S.C. 455 (a) Lack of impartiality, Respectfully Requests this Honorable Court to have U.S. Magistrate Judge Jacob Hagopian Recuses from the above entitled Action and Any other Case that Plaintiff had Pending in this Court, as and for the following Reasons:

1. Plaintiff Respectfully submits that magistrate Judge Hagopian lack impartiality when it became to Plaintiff Cases, and since he lack impartiality there is little or no chance of obtaining justice with Magistrate Judge Hagopian is assigned to his cases.

2. On several occasions Plaintiff have requested Magistrate Judge Hagopian to recuses himself thus providing him with an opportunity to disqualify himself. but he failed to do so.

3. the lack of impartiality of Magistrate Judge Hagopian has placed Plaintiff's health and safety in serious jeopardy.

4. During a telephonic settlement conference held on December 17, 2004, the Plaintiff explained to Magistrate Judge Hagopian the cruelty he continue being subjected in Virginia Prison the Magistrate Judge Hagopian admitted that he know, indicated to the defendants and their attorney that he wants this matter to be settle, that they has to relocate the Plaintiff outside of Virginia. and that a settlement stipulation shall be filed with Magistrate Judge Hagopian.

5. the settlement stipulation was prepared and the defendants attorney notified Plaintiff that the RIDOC has requested Vermont, New Hampshire, Maine and Massachusetts to accept his transfer.

6. Several months later Plaintiff requested information about the status of his transfer outside of Virginia

Jurisdiction, and a telephonic conference was held on July 17, 2005. during said conference defendants' attorney i.e: Michael Grant, Esq. indicated that the state of New Hampshire has agreed to accept Plaintiff, but the RIDOC do not want to transfer him. Magistrate Judge Hagopian just told the Plaintiff that he has to proceed in Virginia. because the don't have the authority to tell Rhode Island Prison official where to confined him. the plaintiff explained that the court might don't have the authority of tell them where, but do had the authority to order them to relocate anybody who is being subjected to these unconstitutional conditions swivels 180 degrees Magistrate Judge Hagopian told Plaintiff that the case will be scheduled for July 2005 Trial Calendar. that he need to pay for his transportation to attend trial and that if he fails to appear in court his case will be disposed.

7. Furthermore, Magistrate Judge Hagopian is very well aware that Plaintiff had serious ears conditions caused by the illegal and unconstitutional implanted devices, he also is aware that Virginia Medical and Prison staff has refused to provide Plaintiff with the necessary medical attention and treatment needed to correct his ears condition, despite those fact every time Plaintiff filed motion to intervene concerning his ears conditions Magistrate Judge

denied the motion directing the Plaintiff to pursue the matter with medical professional at the Virginia Prison, knowing that the Plaintiff is sentenced to the custody and care of RIDOC and that the necessary medical attention and treatment needed to correct his serious condition is not available to him in Virginia Prison.

Magistrate Judge Hagopian has made his position clear. What isn't clear is why he chose to overlook that Plaintiff health and safety is at serious risk of harm, and became so aligned with the opposing party and wind up a tad shy of judge, jury and executioner.

Wherefore, rather then pursue recourse through mandamus or other avenues, Plaintiff respectfully asks this Honorable Court to have Magistrate Judge Jacob Hagopian disqualify and recuses himself in all proceeding Plaintiff has pending in this court.

Respectfully submitted,

[signature]

BERNARDO FIGUEROA, #272332
R.O.S.P. P.O. BOX 1900
POUND, VA. 24279

CERTIFICATE

I hereby certifies that on this 16th day of Sept. 2005, a true copy of the within motion was mailed to defendants' attorney Michael Grant, at 40 Howard Ave. Cranston, RI 02920.

[signature]