UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

V C.A. No. 04-358 ML

ASHBEL T. WALL, ET. AL.

PLAINTIFF'S OBJECTION TO U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

this is an objection to a report and recommendation which was submitted by Honorable Jacob Hagopian, U.S. Magistrate Judge on September 6, 2005, recommending that Plaintiff's motion for a Preliminary injunction be denied.

the Plaintiff in the above entitled cause initiated an action in this Court alleging that the Rhode Island Department of Corrections' defendants was and continue to be willful deliberate indifferent to the risk that he had and will continue to suffer serious physical injury or death at the hands of Virginia Prison guards, in violation of his eighth amendment Right by refusing to relocated him outside of Virginia

Jurisdiction After been Repeatedly notified about the cruelty Plaintiff have been experiencing in Virginia and know of the unsafe lifethreatening condition that exist in Virginia Prison

Do to the unconstitutional condition Plaintiff had and continue to be subjected in Virginia Prison on a continuing basis, the Plaintiff filed a motion for a Preliminary injunction, seeking an order from this Court directing the defendants of the R.I.D.O.C. to relocate him to a confinement facility outside of Virginia Jurisdiction.

the matter Was assigned to Magistrate Judge Jacob Hagopian, However, Magistrate Judge Hagopian the very same Magistrate that during the telephonic conference of December 2004, admitted to the Plaintiff that he knows the unconstitutional condition he is experiencing in Virginia, and told the defendants and their attorney that they has to relocate the Plaintiff outside of Virginia Jurisdiction, and ordered that stipulation of settlement agreement be prepared and send to the Court and or him Please <u>see full Exhibit-"A."</u> Yet swivels 180 degrees recommended that the motion be denied because in his finding Plaintiff has failed to demonstrate a likelihood of success on the merit of this case. the magistrate do not offered nothing to support his finding other

than that the Plaintiff has failed to surpas the Summary Judgment, when in the mater has not yet been decided by the Court. the Judge the Jury and the executioner. How does Magistrate Hagopian became so alined with the defendants and their attorney? this procedure by imposing further time restriction and procedural guidelines on Plaintiff became a minefield.

Wherefore, in the interest of Justice and to further pursue an unblemished and unclode travel of this case it imperative that this matter be set for a hearing.

Respectfully submitted.

[signature]
Bernardo Figueroa #272332
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

CERTIFICATE OF SERVICE

I hereby certifies that on this 14th day of September 2005, a true copy of the within objection was mailed to defendants' attorney, Michael Grant. Esq. At RI DOC. 40 Howard Ave. Cranston. R.I. 02920.

[signature]