# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**BERNARDO FIGUEROA**

**v.** **C.A. 04-358ML**

**A.T. WALL, Director, Rhode Island Department of Corrections, and JOSEPH DINITTO, Associate Director, Rhode Island Department of Corrections**

## AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, A.T. Wall, in his capacity as Director of the Rhode Island Department of Corrections, and Joseph DiNitto, in his capacity as Associate Director of the Rhode Island Department of Corrections, against the plaintiff, Bernardo Figueroa, pursuant to the Memorandum and Order of this date GRANTING the defendants' Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: September 28, 2005**