# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,

v. C.A. No. 04-358 ML.

ASHBEL T. WALL, ET. AL.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Bernardo Figueroa, According to Rules 3 and 4 Fed. R. Civ. P. and Rule 45 of the local Rule of the U.S. District Court of Rhode Island, in the above entitled action, appeal to the First Circuit U.S. Court of Appeals, from the final judgment entered by the U.S. District Court on September 28, 2005

DATED: Oct. 3, 2005

Respectfully submitted

[signature]

BERNARDO FIGUEROA, #212332
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VA. 24279

# CERTIFICATE OF SERVICE

I hereby Certifies that on this 3th day OF October 2005 A true Copy OF the Within Notice OF Appeal Was mailed to defendants' Attorney Michael B. Grant, Esq. At the RIDOC legal Department 40 Howard Avenue Cranston. R.I. 02920

[signature]
BERNARDO FIGUEROA