UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED

BERNARDO FIGUEROA.

V.

C.A. No. 04-358ML.

ASHBEL T. WALL, ET. AL.

# MOTION TO PROCEED IN FORMA PAUPERIS

Now Comes the Plaintiff-Appellant, in Pro-se, and Respectfully Moves this Honorable Court in a Motion to Proceed in Forma Pauperis on Appeal, and in support states the followings:

1. I am the Plaintiff-appellant in the above-entitled action. For the Past Fifteen (15) years I have been incarcerated and for the last eight years I have been Confined to segregation, Isolation and Sensory deprivation units in Super-Maximum security Facilities Without any Job Assignment Opportunity.

2. I Rely on inmate Pay, and had not Job and no money. I do not own any Financial Bank accounts nor do I have anything of Valuable Property or anything of Real value.

3. I understand that a false statement of indigency will subject me to penalties for perjury and dismissal of my appeal.

The factual representation are true and correct to the best of my knowledge.

Respectfully submitted.

[signature]

Bernardo Figueroa, #272332
Red Onion State Prison
P.O. Box 1900
Pound, Virginia 24279

## CERTIFICATE OF SERVICE

I hereby certifies that on this 3d day of October 2005, a true copy of the within motion was mailed to defendants' attorney Michael B. Grant, Esq. at the RIDOC legal Department 40 Howard Avenue Cranston, RI 02920

[signature]