04-00358
USDCRI
Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2553

BERNARDO FIGUEROA,

Plaintiff, Appellant,

v.

ASHBEL T. WALL, II, Director, R.I. Department of Corrections; JOSEPH DINITTO, Associate Director, R.I. Department of Corrections,

Defendants, Appellees.

### JUDGMENT

Entered: March 27, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/27/06

By the Court:
Richard Cushing Donovan, Clerk

By: AMY B. LEDERER
Appeals Attorney

[cc: Bernardo Figueroa, Michael B. Grant, Esq.]